**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 17-80955-CV-MIDDLEBROOKS/Brannon

TIMOTHY C. DILLON,

    Plaintiff,

v.

PALM BEACH COUNTY SHERIFF'S OFFICE
(Ric Bradshaw, in his official capacity as Sheriff
of Palm Beach County, Florida), ELTON BUTLER,
individually, LAVONTE CHASTINE, individually,
WILLIAM WHEELER, individually, GEORGE
McMAHON, individually, and SAMUEL BLANCO,
Individually,

    Defendants.
_____/

**ORDER GRANTING IN PART RENEWED MOTION TO CONTINUE TRIAL**

    THIS CAUSE is before the Court on Plaintiff's Renewed Motion to Continue Trial, filed on October 9, 2018. (DE 120). Plaintiff previously requested a three-month continuance based upon withdrawal of Plaintiff's co-counsel and the anticipated paternity leave of Plaintiff's remaining lawyer, who is sole lead counsel. I granted a one-month continuance. Plaintiff now renews the motion, seeking an additional two months based upon personal family circumstances surrounding the birth of counsel's child, and other professional conflicts and obligations preventing counsel from complying with the current discovery deadline and preparing for trial. (DE 120). The motion is partly opposed, due to the fact that counsel for Defendant Elton Butler has a trial conflict in mid-April.

    Upon consideration of the representations of counsel and the record as a whole, I find good cause exists to grant Plaintiff's Renewed Motion to Continue in part. The Pretrial Schedule

will be modified as set forth below.  This Order modifies the operative dates only, and the Parties are reminded that they must refer to the prior scheduling orders for other instructions.

It is hereby **ORDERED AND ADJUDGED** that the trial scheduled for the two-week trial period commencing **February 19, 2019** is **CANCELLED**.  The status conference/calendar call set for **February 13, 2019** is also **CANCELLED**.

The trial in this case is **RE-SCHEDULED** during the two-week trial period commencing **March 18, 2019**, at 9:00 a.m., in West Palm Beach.  The status conference/calendar call is **RE-SCHEDULED** for **March 13, 2019,** at 1:15 p.m.

The parties shall adhere to the following amended pretrial schedule.  *This amended schedule sufficiently addresses the issues Plaintiff's counsel outlines in his Affidavit in Support of Renewed Motion for Continuance (DE 120-1), while balancing the scheduling demands of other counsel in this case and the interest of the Court in managing its docket.*  As the Court has previously cautioned, this schedule ***shall not be modified absent compelling circumstances:***

| | |
|---|---|
| December 3, 2018 | Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| December 31, 2018 | All discovery shall be completed. |
| January 14, 2019 | All Pretrial Motions, including summary judgment motions and *Daubert* motions, and motions *in limine* shall be filed. |
| February 19, 2019 | Joint Pretrial Stipulation shall be filed.<br>Designations of deposition testimony shall be made. |
| March 4, 2019 | Objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances. |

| | |
|---|---|
| March 11, 2019 | Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. |
| March 13, 2019 | Status Conference/Calendar Call. |

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 16th day of October, 2018.

Donald M. Middlebrooks
United States District Judge

Copies to:   Counsel of Record