UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-80955-DMM

TIMOTHY C. DILLON,

       *Plaintiff,*

v.

PALM BEACH COUNTY SHERIFF'S
OFFICE (Ric Bradshaw, in his official
Capacity as Sheriff of Palm Beach County,
Florida); ELTON BUTLER, Individually;
LAVONTE CHASTINE, Individually;
WILLIAM WHEELER, Individually;
GEORGE MCMAHON, Individually;
SAMUEL BLANCO, Individually,

       *Defendants.*
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, TIMOTHY C. DILLON and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendants PALM BEACH COUNTY SHERIFF'S OFFICE (Ric Bradshaw, in his official Capacity as Sheriff of Palm Beach County, Florida); ELTON BUTLER, Individually; LAVONTE CHASTINE, Individually; WILLIAM WHEELER, Individually; GEORGE MCMAHON, Individually; and SAMUEL BLANCO, Individually, with each party to bear their own attorney's fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of Notices of

Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or

parties who are not authorized to receive electronically Notices of Electronic Filing.

By: **/s/ Gregory S. Sconzo**                  By: **/s/ Greg Rosenfeld**

Gregory S. Sconzo, Esq.                       GREG ROSENFELD, ESQ.

Florida Bar No.: 0105553                     Florida Bar No.: 0092006

The Law Office of Gregory S. Sconzo, P.A.     LAW OFFICES OF GREG ROSENFELD, P.A.

5080 PGA Boulevard, Suite 213            515 N. Flagler Drive, Suite P-300

Palm Beach Gardens, FL 33418           West Palm Beach, FL 33401

Telephone: (561) 729-0940                  (561) 409-5804

Facsimile: (561) 491-9459                  greg@rosenfeldlegal.com

Service Email: sconzolaw@gmail.com       Co-Counsel for Plaintiff

Email: greg@sconzolawoffice.com

Co-Counsel for Plaintiff

## <u>SERVICE LIST</u>

**TIMOTHY C. DILLON V. PALM BEACH COUNTY SHERIFF'S OFFICE** *et al.*
**Case No. CASE NO. 9:17-cv-80955-JMM**
**United States District Court, Southern District of Florida**

**Greg Rosenfeld, Esq.**
LAW OFFICES OF GREG ROSENFELD, P.A.
515 N. Flagler Drive, Suite P-300
West Palm Beach, FL 33401
Tel: (561) 409-5804
Fax: (561) 408-0760
E-mail: greg@rosenfeldlegal.com
Via Notices of Electronic Filing Generated by CM/ECF
*Co-Counsel for Timothy C. Dillon*

**Gregory S. Sconzo, Esq.**
The Law Office of Gregory S. Sconzo, P.A.
5080 PGA Boulevard, Suite 213
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Service Email: sconzolaw@gmail.com
Email: greg@sconzolawoffice.com
Via Notices of Electronic Filing Generated by CM/ECF
*Co-Counsel for Timothy C. Dillon*

**Gary K. Oldehoff, Esq.**
Lewis Stroud & Deutsch, P.L.
1875 NW Corporate Boulevard, Suite 100
Boca Raton, FL 33431
Tel: (561) 288-5441
Fax: (561) 288-5439
E-mail: goldehoff@lsdlaw.net
Via Notices of Electronic Filing Generated by CM/ECF
*Counsel for Palm Beach County Sheriff's Office; Lavonte Chastine (Individually); William Wheeler (Individually); George McMahon (Individually); Samuel Blanco (Individually)*

**Eric J. Netcher, Esq.**
Dean, Ringers, Morgan & Lawton, P.A.
P.O. Box 2928
Orlando, FL 32802
Tel: (407) 422-4310
Fax: (407) 648-0233
E-mail: enetcher@drml-law.com
Via Notices of Electronic Filing Generated by CM/ECF
*Counsel for Elton Butler (Individually)*

## SERVICE LIST (Cont.)

**S. Renee Stephens Lundy, Esq.**
Dean, Ringers, Morgan & Lawton, P.A.
201 E. Pine Street, Suite 1200
Orlando, FL 32801
Tel: (407) 422-4310
Fax: (407) 648-0233
E-mail: rlundy@drml-law.com
Via Notices of Electronic Filing Generated by CM/ECF
*Counsel for Elton Butler (Individually)*